UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SUZETTE DE SOUZA, individually and on behalf of all others similarly situated,

            Plaintiff,

v.

THE STATE OF NEW YORK; NEW YORK STATE OFFICE FOR PEOPLE WITH DEVELOPMENTAL DISABILITIES; WILLOW BAER, Acting Commissioner (in her official capacity); STEPHANIE THOMAS, Designee for Reasonable Accommodations (in her official and personal capacities); TERESA MEADOWS, Treatment Team Leader at Cleveland IRA (in her official and personal capacities); DAWN WILSON, Deputy Director of State Operations (in her official and personal capacities); SHERMAKE TANNIS, Regional Director of Human Resources (in his official and personal capacities); SHAUNA CARTER, Associate Director of Human Resources (in her official and personal capacities); and CIVIL SERVICE EMPLOYEES ASSOCIATION, INC., LOCAL 1000, AFSCME, AFL-CIO,

            Defendants.

No. 25-CV-1222 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

       On May 16, 2025, Plaintiff filed an amended complaint in this matter. Dkt. No. 57. Pursuant to this Court's Individual Rule 4(C), that amendment moots the motions to dismiss the original complaint filed by Defendants on April 11 and 25, 2025. Dkt. No. 49, 50. Defendants may renew and refile their motions to dismiss the amended pleading. *See* Individual Rule 4(C). The Clerk of Court is respectfully directed to terminate the motions pending at docket entries 49 and 50.

SO ORDERED.

Dated:    May 29, 2025
             New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge