UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUZETTE DE SOUZA, *individually and on behalf of all others similarly situated*,

Plaintiff,

v.

THE STATE OF NEW YORK; NEW YORK STATE OFFICE FOR PEOPLE WITH DEVELOPMENTAL DISABILITIES; WILLOW BAER, Acting Commissioner (in her official capacity); STEPHANIE THOMAS, Designee for Reasonable Accommodations (in her official and personal capacities); DAWN WILSON, Deputy Director of State Operations (in her official and personal capacities); SHERMAKE TANNIS, Regional Director of Human Resources (in his official and personal capacities); SHAUNA CARTER, Associate Director of Human Resources (in her official and personal capacities); COREEN PAYNE, Developmental Disabilities Program Specialist IV (in her official and personal capacities); and CIVIL SERVICE EMPLOYEES ASSOCIATION, INC., LOCAL 1000, AFSCME, AFL-CIO;

Defendants.

No. 25-CV-1222 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Defendants have requested oral argument on their motions to dismiss.  Dkt. 70, 71.  Oral argument will be held on both motions on February 6, 2026 at 12:00 p.m. at the Thurgood Marshall United States Courthouse, Courtroom 1506, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated:    December 15, 2025
          New York, New York

Ronnie Abrams
United States District Judge