UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SUZETTE DE SOUZA, *individually and on behalf of all others similarly situated*,

               Plaintiff,

               v.

THE STATE OF NEW YORK; NEW YORK STATE OFFICE FOR PEOPLE WITH DEVELOPMENTAL DISABIITIES; WILLOW BAER, Acting Commissioner (in her official capacity); STEPHANIE THOMAS, Designee for Reasonable Accommodations (in her official and personal capacities); TERESA MEADOWS, Treatment Team Leader at Cleveland IRA (in her official and personal capacities); DAWN WILSON, Deputy Director of State Operations (in her official and personal capacities); SHERMARKE TANNIS, Regional Director of Human Resources (in his official and personal capacities); SHAUNA CARTER, Associate Director of Human Resources (in her official and personal capacities); COREEN PAYNE, Developmental Disabilities Program Specialist IV (in her official and personal capacities); and CIVIL SERVICE EMPLOYEES ASSOCIATION, INC., LOCAL 1000, AFSCME, AFL-CIO,

               Defendants.

---

25-CV-1222 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      Due to a scheduling conflict, the oral argument previously scheduled for February 6, 2026 is hereby rescheduled to February 5, 2026 at 12:00 p.m.

SO ORDERED.

Dated:      January 21, 2026
            New York, New York

                                    _____
                                 Ronnie Abrams
                                 United States District Judge