UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SUZETTE DE SOUZA, individually and on behalf of
all others similarly situated,

Plaintiff,

v.

THE STATE OF NEW YORK; NEW YORK STATE
OFFICE FOR PEOPLE WITH DEVELOPMENTAL
DISABILITIES; WILLOW BAER, Acting
Commissioner (in her official capacity); STEPHANIE
THOMAS, Designee for Reasonable Accommodations
(in her official and personal capacities); TERESA
MEADOWS, Treatment Team Leader at Cleveland
IRA (in her official and personal capacities); DAWN
WILSON, Deputy Director of State Operations (in her
official and personal capacities); SHERMARKE
TANNIS, Regional Director of Human Resources (in
his official and personal capacities); SHAUNA
CARTER, Associate Director of Human Resources (in
her official and personal capacities); COREEN
PAYNE, Developmental Disabilities Program
Specialist IV (in her official and personal capacities);
and CIVIL SERVICE EMPLOYEES ASSOCIATION,
INC., LOCAL 1000, AFSCME, AFL-CIO,

Defendants.

25-CV-1222 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On March 19, 2026, the Court issued an Opinion and Order granting in part, and denying

in part, Defendants' motions to dismiss.  Dkt. 99, at 56.  The Court also granted Plaintiff thirty

days to amend her Amended Complaint from the date of that Opinion and Order.  *Id.*

On April 29, 2025, the parties informed the Court that they would be willing to consider a

referral to Magistrate Judge Tarnofsky for a settlement conference, or to the court-run mediation

program, following the resolution of Defendants' motions to dismiss.  Dkt. 55.  The Court also did

not enter the parties' proposed case management plan pending the resolution of Defendants'

motions. *See* Dkt. 47.

The parties shall provide their positions to the Court, in a joint letter, as to whether a referral

for settlement or mediation would be productive by Friday, April 24, 2026. The parties shall also

provide a revised case management plan by that same date.

SO ORDERED.


Dated:          April 9, 2026
                New York, New York

                                                Ronnie Abrams
                                                United States District Judge