UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUZETTE DE SOUZA *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>-against-<br><br>THE STATE OF NEW YORK ET AL,<br><br>Defendant. | 25-CV-1222 (RA) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the status conference held on May 28, 2026:

1. Initial disclosures, initial requests for document production, and initial interrogatories shall be due by **June 5, 2026.**

2. Parties shall inform the Court by filing letters on the docket by **August 1, 2026** whether they expect to make use of experts.

3. Depositions shall be completed by **September 30, 2026**, and fact discovery shall be completed by **October 30, 2026**.

4. Plaintiffs' anticipated motion for class certification shall be filed by **August 28, 2026;** with oppositions due by **September 28, 2026;** and replies due by **October 16, 2026**.

5. Any issues arising out of Plaintiff's initial requests for discovery shall be raised by letter-motion by **June 12, 2026.**

DATED:  May 28, 2026
       New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**