UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SUZETTE DE SOUZA *individually and on behalf of all others similarly situated*,<br><br>                              Plaintiff,<br><br>        -against-<br><br>THE STATE OF NEW YORK et. al.,<br><br>                        Defendant. | 25-CV-1222 (RA) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A telephonic conference is scheduled for **June 25, 2026 at 11:00 AM**. The parties should be prepared to discuss the discovery issues raised in the letter-motion at ECF 137. The parties are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 931 352 715#.

The parties' application to extend their discovery-related deadlines is GRANTED. The deadline for Plaintiffs to file their class certification motion is extended until **September 28, 2026**; the deadline for Defendants to file their opposition to Plaintiffs' motion is **October 28, 2026**, and the deadline for Plaintiffs to file their reply, if any, is extended until **November 11, 2026**.  The deadline for the parties to complete depositions is extended until **October 30, 2026**. The deadline to complete all fact discovery is extended until **November 30, 2026**.

DATED:  June 15, 2026
             New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**