UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUZETTE DE SOUZA *individually and on behalf of
all others similarly situated*,

Plaintiff,

-against-

THE STATE OF NEW YORK et. al.,

Defendant.

25-CV-1222 (RA) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff's application to adjourn the teleconference scheduled for June 25, 2026 to discuss the discovery issues raised in the letter-motion at ECF 137 is GRANTED. The telephonic conference is now scheduled for **July 1, 2026 at 2:00 PM**. The parties are directed to join the conference at the scheduled time by dialing (646) 453-4442, Access Code: 293 276 174#.

DATED:  June 17, 2026
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**