

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

June 25, 2026

**By ECF**
The Honorable Robyn F. Tarnofsky, U.S.M.J.
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:   ***De Souza v. The State of New York*, et al., 25-cv-1222 (RA) (RFT)**
>        **NYS Defendants' Letter-Motion For a Protective Order**

Dear Judge Tarnofsky:

In accordance with Section II(D) of Your Honor's Individual Practices In Civil Cases, the Office of the New York State Attorney General submits this letter on behalf of NYS Defendants[1] seeking a protective order that differs from the Court's Model Confidentiality Stipulation and Proposed Protective Order. A blacklined copy of the proposed protective order is annexed hereto as **Exhibit A**.

NYS Defendants propose only two changes from the Court's Model Confidentiality Stipulation and Proposed Protective Order. Specifically:

1.  In Paragraph 1, NYS Defendants inserted one footnote after the definition of Confidential Information to clarify the types of documents/information that OPWDD considers "sensitive nonpublic information." This information is necessary to inform the other parties as to the reason for most "CONFIDENTIAL" designations by OPWDD.

2.  At the end of the proposed order, NYS Defendants inserted a date and signature block for Your Honor to "so-order" the document.

Plaintiff and Defendant Civil Service Employees Association, Inc., Local 1000, AFSCME, AFL-CIO do not object to either change.

---

[1] NYS Defendants are: (i) the State of New York; (ii) New York State Office for People with Developmental Disabilities ("OPWDD"); (iii) Willow Baer; (iv) Stephanie Thomas; (v) Teresa Meadows; (vi) Dawn Wilson; (vii) Shermake Tannis; (viii) Shauna Carter; (ix) Coreen Payne; (x) Edeline Fleury; (xi) Lola Callum; and (xii) Majaliwa Sumchai.

Hon. Robyn F. Tarnofsky, U.S.M.J.                                                    Page 2 of 2
June 25, 2026

Thank you for Your Honor's courtesy and consideration.

Respectfully submitted,

*Caroline P. Wallitt*

CAROLINE P. WALLITT
ELIZABATH FILATOVA
Assistant Attorneys General
212-416-6228
Caroline.Wallitt@ag.ny.gov

cc: All counsel of record
Attachment

Application GRANTED. The parties shall file their modified Confidentiality Stipulation and Proposed Protective Order with signatures from all parties by **June 29, 2026**. The Clerk of Court is respectfully requested to terminate ECF 146.

Dated: June 25, 2026
       New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE