UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUZETTE DE SOUZA *individually and on behalf of all others similarly situated*,<br><br>                              Plaintiff,<br><br>        -against-<br><br>THE STATE OF NEW YORK et. al.,<br><br>                    Defendant. | 25-CV-1222 (RA) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court are Plaintiffs' motions to compel discovery against Defendants State of New York (ECF 137) and CSEA (ECF 148). As specified and for the reasons discussed at the discovery conference held on July 1, 2026, the motions are GRANTED IN PART and DENIED IN PART:

1. State of New York shall produce to Plaintiffs a list of the supervisors in Brooklyn and Queens, and Plaintiffs shall select 20 of those individuals, whose documents will be searched.

2. State of New York shall provide its spreadsheet of complaints, and the parties shall meet and confer further about what, if any, additional underlying documents shall be produced by State of New York.

3. Plaintiffs' application for interrogatory responses seeking more granular information about individuals with knowledge of the allegations in the complaint is denied, because the requested information is more readily available to Plaintiffs through depositions.

4. State of New York is ordered to supplement and amend its responses to interrogatory numbers 18 and 23 to 25.

5. CSEA shall re-search the agreed-to custodians' documents using Plaintiffs' search terms.

6. With respect to the approximately 200 documents produced by CSEA from individual custodians' files as searchable PDF files, Plaintiffs shall make their best efforts to use the files in the forms provided. If Plaintiffs have any issues because of the format of the files, they shall first meet and confer with CSEA and, if they reach an impasse, Plaintiffs may raise this issue again with the Court.

7. CSEA shall produce documents from the date range requested by Plaintiffs.

8. In virtually all counseled cases pending in this District, document production is made using TIFF files with appropriate load files. Production in that format reduces litigation costs for all parties, in that it allows counsel to review and use the documents more efficiently. It is my understanding that the cost of software that allows production in the accepted format is not difficult. CSEA is ordered to make its best efforts to make future productions in this matter of files in TIFF files with appropriate load files.

Parties shall promptly raise with the Court any issues they are unable to resolve through the meet and confer process. The Clerk of Court is respectfully requested to terminate ECF 137 and ECF 148.

DATED: July 1, 2026                        SO ORDERED.
            New York, NY

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**